

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00308-CV

| | | |
|---|---|---|
| BAXTER CONSTRUCTION COMPANY, LLC, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (19-4506-16) |
| V. | § | October 22, 2020 |
| SENIOR CARE LIVING VII, LLC, Appellee | § | Memorandum Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellant Baxter Construction Company, LLC's Motion to Dismiss. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel